1 | Jeffrey M. Lenkov (State Bar No. 156478)
    *jml@manningllp.com*
2 | Marcanne Hyjek (State Bar No. 329113)
    *mlh@manningllp.com*
3 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4 | 801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
5 | Telephone: (213) 624-6900
Facsimile: (213) 624-6999
6 |
7 | Attorneys for Defendant, BATH & BODY
WORKS, LLC

*(margin, vertical text)* MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

8

### UNITED STATES DISTRICT COURT

9

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| | |
|---|---|
| 11  BARBARA VAZQUEZ KUNKEL, | Case No. 8:22-cv-298 |
| 12         Plaintiff, | **NOTICE OF REMOVAL** |
| 13       v. | |
| 14  BATH and BODY WORKS, LLC dba BATH AND BODY WORKS #270 and | |
| 15  DOES 1 through 50, inclusive, | |
| 16         Defendant. | |

17

18        Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, and the applicable Local

19 Rules of the United States District Court for the Central District of California,

20 Defendant Bath & Body Works, LLC, erroneously sued herein as Bath and Body

21 Works, LLC dba Bath and Body Works # 270 (BBW) hereby removes this action

22 from the Superior Court of Orange County, California to the United States District

23 Court for the Central District of California.  In support thereof, BBW states and

24 avers as follows:

25        1.     On or about October 7, 2021, Plaintiff Barbara Vazquez Kunkel filed a

26 Complaint in a civil action for money damages in the Superior Court of the State of

27 California, Orange County, against B&BW, and Does 1 to 50, Inclusive, Case No.

28 30-2021-01225172-CU-PO-CJC (the "State Action").

2.      The documents attached as Exhibit "A" constitute all of the process and pleadings served and filed in the State Action to date, pursuant to 28 U.S.C. § 1446(a).

3.      A copy of the Complaint was served upon BBW on December 13, 2021.

4.      This Notice of Removal ("Notice") is filed in the United States District Court for the Central District of California, within the district and division embracing the place where the State Action was filed, as required by 28 U.S.C. §§ 1332 and 1441(a).

5.      Plaintiff is a citizen of the State of California.

6.      6.      BBW is a Delaware limited liability company with its principal place of business in Ohio.  BBW is not a resident of California.  BBW is a wholly owned subsidiary of Retail Store Operations, Inc., a Delaware corporation with its principal place of business in Ohio.  For purposes of removal, neither BBW nor Retail Store Operations, Inc. are citizens of California.

7.      Therefore, complete diversity of citizenship exists between Plaintiff and BBW.

8.      In her Civil Cover Sheet, Plaintiff indicated her demand exceeds $25,000.

9.      In paragraph 6 of her Complaint, Plaintiff alleges that her claimed injuries "will result in some permanent disability."

10.     Without any further quantification of her damages, BBW served Plaintiff with a Request for Admission about whether her damages were less than $75,000. Defendant asked Plaintiff to "Admit that YOUR alleged damages are less than $75,000.00."

11.     In her verified response to the Request for Admission No. 27, Plaintiff stated the following:

"I cannot admit or deny this request as I am still treating and I do not know what the exact amount of medical expenses incurred and which I may incur in the future. The medical expenses to date are $45,467.36 and continuing. I have damages for pain and suffering and based upon that my damages my exceed $75,000. Based upon that the request is admitted as I cannot say what my total damages will be."

Plaintiff's verified Response to BBW's Request for Admissions, Set One are attached hereto as Exhibit "B."

12.     Based on the allegations of Plaintiff's Complaint, her response to Request for Admission Number 25, and the documents produced by Plaintiff to Defendant, there can be no dispute that Plaintiff is alleging damages in excess of $75,000.

13.     This Notice is timely as it is being filed within thirty (30) days of receipt by Defendants of Plaintiff's Responses to Defendant's Requests for Admissions, which were served upon Defendant on January 25, 2022.  *See* 28 U.S.C. § 1446(c)(3).

14.     The undersigned has served a notice of the removal of this action on Plaintiff by serving her counsel with this Notice and has also filed a copy of this Notice and all attachments thereto with the Clerk of the Orange County, California.

15.     BBW has satisfied all procedural requirements with respect to diversity of citizenship, amount in controversy and timing; therefore, removal to this Court is proper.  See 28 U.S.C. §§ 1332, 1441, and 1446.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    WHEREFORE, Defendant BBW respectfully requests this case be entered

2  upon the docket of the United States District Court for the Central District of

3  California, pursuant to 28 U.S.C. §§ 1441 and 1446.

4

5  DATED:  February 24, 2022          **MANNING & KASS**
                                      **ELLROD, RAMIREZ, TRESTER LLP**
6

7

8                                     By:  _____/s/ Marcanne Hyjek_____
9                                          Jeffrey M. Lenkov, Esq.
                                           Marcanne Hyjek, Esq.
10                                         Attorneys for Defendant, BATH & BODY
                                           WORKS, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**NOTICE OF REMOVAL**