# **EXHIBIT A**

Electronically Filed by Superior Court of California, County of Orange, 10/07/2021 02:45:40 PM.
30-2021-01225172-CU-PO-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

11/003

**SUM-100**

# SUMMONS
## (CITACIÓN JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Bath and Body Works, LLC dba Bath and Body Works #270 and Does 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Barbara Vazquez Kunkel

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is: (El nombre y dirección de la corte es): | CASE NUMBER: (Número del Caso): 30-2021-01225172-CU-PO-CJC |
|---|---|
| Superior Court of California County of Orange 700 Civic Center Dr. Santa Ana, CA 92701 | Judge Deborah Servino |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Peter J. Pfund 4675 MacArthur Court Ste. 550 Newport Beach, CA 92701    949-221-0166

DATE: 10/07/2021    DAVID H. YAMASAKI, Clerk of the Court    Clerk, by *Katie Trent*, Deputy
(Fecha)    (Secretario)    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

Katie Trent

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Bath and Body Works LLC
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Peter J. Pfund State bar no. 87803
4675 MacArthur Court Ste. 550 Newport Beach, CA 92660
TELEPHONE NO.: 949-221-0166   FAX NO. (Optional):
E-MAIL ADDRESS: peter@peterpfundlaw.com
ATTORNEY FOR (Name): Plaintiff Barbara Vazquez Kunkel

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Dr W
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central

CASE NAME:
Kunkel vs. Bed and Body Works LLC

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited    [ ] Limited (Amount demanded exceeds $25,000)    (Amount demanded is $25,000 or less) | [ ] Counter    [ ] Joinder    Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 30-2021-01225172-CU-PO-CJC    JUDGE: Judge Deborah Servino    DEPT.: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: Oct. 6, 2021
Peter J. Pfund
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use    CIVIL CASE COVER SHEET    Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;

Case 8:22-cv-00298-DOC-KES   Document 1-1   Filed 02/24/22   Page 4 of 15   Page ID #:8
Electronically Filed by Superior Court of California, County of Orange, 10/07/2021 02:43:40 PM.
30-2021-01225172-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

Law offices of Peter J. Pfund
Peter J. Pfund, SBN 97803
peter@peterpfundlaw.com
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660-8836
Telephone:    949.221.0166
Facsimile:    949.

Attorneys for Plaintiff Barbara Vazquez Kunkel

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| Barbara Vazquez Kunkel | ) Case No. 30-2021-01225172-CU-PO-CJC |
| --- | --- |
| Plaintiff, | ) Hon. |
| v. | ) **COMPLAINT FOR DAMAGES** |
| Bath and Body Works, LLC dba Bath and Body Works # 270 and DOES 1 through 50, inclusive, | ) **NEGLIGENCE** |
| | ) UNLIMITED CIVIL CLAIM |
| Defendants. | ) DEMAND FOR JURY TRIAL |

Assigned for All Purposes
Judge Deborah Servino

Comes now Plaintiff who alleges as follows:

**PRELIMINARY ALLEGATIONS**

1. Plaintiff Barbara Vazquez Kunkel is a resident of the City of Rancho Santa Margarita, CA.

-1-
COMPLAINT

2. Defendant Bath and Body Works LLC is a Delaware Limited Liability Company registered to do business in the State of California as a foreign entity. It does business in the City of Costa Mesa under the fictitious name of Bath and Body Works no. 270 which is within this court's jurisdiction. The defendant can be served by their local agent for service of process CT Corporation System 818 W. 7th Street Los Angeles, Ca 90017.

3. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as Does 1 to 50 inclusive, and therefor sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is negligently responsible in the same manner for the occurrences herein alleged, and that Plaintiff was injuries as herein alleged were proximately caused by that negligence.

## First Cause of Action

### (Negligence)

4. Plaintiff refers to paragraph one through three above and restates them herein in full.

5. On November 29, 2019 Defendants were the owners and operators of a retail store selling personal care products at 3333 Bristol Street #2849 in Costa Mesa CA. Plaintiff was a customer in the defendants store on Nov. 29, 2019 at about 11:00 a.m., which was the day after the Thanksgiving holiday. The store was crowded with customers during the Black Friday sale. In order to handle the additional customers the Defendants had an additional cashier who was checking out customers in the aisle outside the cash registers lined with other customers. The defendants store clerk named Brenda had left a pile of tote shopping bags which customers had used to collect items for their purchase. The shopping bags were piled near to the cashier who was

-2-
COMPLAINT

collecting payments. The bags fell partially covering the aisle. The Plaintiff was walking in the aisle. She stepped on the bags on the floor lost her footing, slipped and fell to the ground.

6. As a direct and proximate result of the negligence as set out above the Plaintiff suffered a fracture to her foot. She was otherwise injured in her health, strength and activity suffering injuries described above, all of these injuries have caused and continue to cause the Plaintiff great mental physical and nervous pain and suffering. Plaintiff is informed and believes and thereon alleges that these injuries will result in some permanent disability to her all to Plaintiff's general damages in a sum according to proof.

7. As a further proximate result of the negligence as set out above the Plaintiff was required to and did incur medical expenses in a sum according to proof. Plaintiff continues to incur further medical expenses and incidental expenses in a sum according to proof.

Wherefore Plaintiff prays for judgment against Defendants as follows:

1. For general damages according to proof in an amount in excess of the minimum jurisdictional limits of this court;
2. For special damages in the form of medical and related expenses according to proof and for past and future loss of earnings and earning capacity in a sum according to proof;
3. For prejudgment interest according to proof;

-3-
COMPLAINT

4. For fees and costs of suit incurred herein according to proof;

5. For such other and further relief as the court may deem just and proper;

Dated: 10-6-21                                          Respectfully Submitted

By: _____
Peter J. Pfund
Attorney for Plaintiff Barbara Vazquez Kunkel

## DEMAND FOR A TRIAL BY JURY

The Plaintiff requests a trial by jury for all claims in this case.

Dated: 10-6-21                          By: _____

Electronically Filed by Superior Court of California, County of Orange, 11/12/2021 08:00:00 AM.
30-2021-01225172-CU-PO-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By Jessica Edwards, Deputy Clerk.
Case 8:22-cv-00298-DOC-KES Document 1-1 Filed 02/24/22 Page 8 of 15 Page ID #:12

Jeffrey M. Lenkov (State Bar No. 156478)
   jml@manningllp.com
Marcanne Hyjek (State Bar No. 329113)
   mlh@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, BATH & BODY WORKS, LLC

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| BARBARA VAZQUEZ KUNKEL,<br><br>      Plaintiff,<br><br>v.<br><br>BATH and BODY WORKS, LLC dba BATH AND BODY WORKS #270 and DOES 1 through 50, inclusive,<br><br>      Defendant. | Case No. 30-2021-01225172-CU-PO-CJC<br>Assigned for All Purposes to:<br>Hon. Deborah Servino - Dept. C21<br><br>**ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br><br>Action Filed:   October 7, 2021<br>Trial Date:      None Set |

Pursuant to Sections 431.10, *et seq.*, of the California Code of Civil Procedure, Defendant Bath & Body Works, LLC, erroneously sued herein as Bath and Body Works, LLC dba Bath and Body Works # 270, through its counsel, Manning & Kass, Ellrod, Ramirez, Trester LLP, answers herein Plaintiff BARBARA VAZQUEZ KUNKEL's Complaint ("Complaint") as follows:

## <u>GENERAL DENIAL</u>

1.    Pursuant to Section 431.30(d) of the California Code of Civil Procedure, Bath & Body Works denies, generally and specifically, each and every allegation in the Complaint, and the whole thereof. Bath & Body Works further denies, generally and specifically, that Plaintiff has been damaged in any sum or sums at all by reason of any acts, conduct or omissions on the part of Bath & Body Works or their agents, representatives or employees.

**ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL**

### FIRST AFFIRMATIVE DEFENSE

2. AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant alleges by way of a plea of comparative negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, and that if this defendant is found to have been negligent, and if the plaintiff is entitled to recover damages against this answering defendant by virtue of the Complaint, this defendant prays that said recovery be diminished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

### SECOND AFFIRMATIVE DEFENSE

3. AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges by way of a plea of comparative negligence that the plaintiff was negligent in and about the matters and activities alleged in the Complaint, that said negligence contributed to and was a proximate cause of the alleged injuries and damages, if any, or was the sole cause thereof, and that if the plaintiff is entitled to recover damages against this defendant by virtue of the Complaint, this defendant prays that said recovery be diminished or extinguished by reason of the negligence of the plaintiff in proportion to the degree of fault attributable to the plaintiff.

### THIRD AFFIRMATIVE DEFENSE

4. AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that the incident mentioned in the Complaint and the alleged damages and/or injuries, if any, sustained by plaintiff were directly and proximately caused and contributed to by the negligence of a third party(ies) over whom responding defendant had no control or duty to control.

### FOURTH AFFIRMATIVE DEFENSE

5. AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this defendant alleges that plaintiff had knowledge of the risks and hazards involved in the activity at the time and place of the alleged incident and voluntarily

engaging therein thereby assumed the risks and hazards thereof.

**FIFTH AFFIRMATIVE DEFENSE**

6. AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that if plaintiff is entitled to a joint judgment against this defendant and the remaining defendants, and each of them, this defendant prays that this Court order each of the judgment debtors to pay to plaintiff their proportionate share of the joint judgment, the judgment debtor's proportionate share having been determined by the trier of fact; and if this defendant is required to pay plaintiff a disproportionate share of any joint judgment, this defendant prays leave of this Court to seek contribution by motion against any other judgment debtor not paying the proportionate share allocated to any such defendant by the trier of fact.

**SIXTH AFFIRMATIVE DEFENSE**

7. AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that plaintiff has failed to state facts sufficient to constitute a cause of action against defendant.

**SEVENTH AFFIRMATIVE DEFENSE**

8. AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof this defendant alleges that the injuries sustained, if any, were either wholly or in part, negligently caused by persons, firms, corporations, or entities other than this answering defendant, and said negligence is either imputed to plaintiff, by reason of the relationship of said parties to plaintiff and/or said negligence comparatively reduces the percentage of negligence, if any, by this answering defendant.

**EIGHTH AFFIRMATIVE DEFENSE**

9. AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE, to the Complaint and each cause of action thereof, this defendant alleges that payments have heretofore been made on behalf of defendant to plaintiff in an amount to be proved at trial without any admission of liability or responsibility for the incident herein sued upon or the injuries alleged sustained. Defendant is, pursuant to Insurance Code Section 11583, entitled to a credit in that amount against

any settlement made or judgment rendered herein.

## NINTH AFFIRMATIVE DEFENSE

10. AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that any injury, damage or loss suffered by plaintiff was proximately caused by plaintiff's failure to use reasonable means to prevent aggravation of plaintiff's conditions and to use reasonable means to mitigate damages to plaintiff.

## TENTH AFFIRMATIVE DEFENSE

11. AS A TENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that liability, if any, for all non-economic damages shall be allocated in direct proportion to each tortfeasor's percentage of fault. Civil Code, Section 1431, et seq.

## ELEVENTH AFFIRMATIVE DEFENSE

12. AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this defendant alleges that plaintiff has unreasonably failed to mitigate damages, if any.

## TWELFTH AFFIRMATIVE DEFENSE

13. AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this party was given no notice of any alleged dangerous condition on its property in time to rectify any such alleged condition prior to the injuries of the plaintiff.

## THIRTEENTH AFFIRMATIVE DEFENSE

14. AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint and each cause of action thereof, this answering defendant had no actual or constructive knowledge of the alleged dangerous or unsafe condition which plaintiff claims caused her injures.

## FOURTEENTH AFFIRMATIVE DEFENSE

15. AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this answering defendant alleges that this subject

action is frivolous and plaintiff and her attorney are liable for sanctions pursuant to C.C.P. Sections 128.5 and 128.7.

### FIFTEENTH AFFIRMATIVE DEFENSE

16. AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE to the Complaint, and each cause of action thereof, this answering defendant had no ownership interest in, or control of, the premises and/or area whereat plaintiff claims to have been injured.

### SIXTEENTH AFFIRMATIVE DEFENSE

17. AS A SIXTEENTH AND SEPARATE AFFIRMATIVE, defendant denies the presence of a dangerous condition and asserts that any danger or defect alleged was trivial .

### SEVENTEENTH AFFIRMATIVE DEFENSE

18. AS A SEVENTEENTH AND SEPARATE AFFIRMATIVE, defendant alleges that any and all conditions of the premises alleged by plaintiff were open and obvious to the reasonable person using due care for their own safety .

WHEREFORE, answering defendant prays that plaintiff take nothing by the Complaint; that answering defendant have judgment for costs of suit incurred herein; and for such further relief as this Court may deem just and proper.

### EIGHTEENTH AFFIRMATIVE DEFENSE

19. Plaintiff's claim is barred by the avoidable consequences doctrine, in that Plaintiff failed to exercise reasonable care and diligence to avoid harm or loss that could have reasonably been prevented by such reasonable efforts.

### EIGHTEENTH AFFIRMATIVE DEFENSE

19. Reservation. Defendant presently has insufficient knowledge or information on which to form a belief as to whether there may be additional, as yet unstated affirmative defenses available. Defendant reserves the right to assert additional defenses in the event that the discovery indicates that they would be appropriate.

WHEREFORE, Defendant requests that:

17. Plaintiff take nothing by this action;

18. A judgment of dismissal be entered in favor of Defendant;

19. Defendant be awarded the costs of suit incurred; and

20. Defendant be awarded any other further relief the court considers proper.

DATED: November 11, 2021

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *[signature]*
Jeffrey M. Lenkov, Esq.
Marcanne Hyjek, Esq.
Attorneys for Defendant, BATH & BODY WORKS, LLC

**DEMAND FOR JURY TRIAL**

Defendant, BATHY & BODY WORKS, LLC hereby demands trial of this matter by jury.

DATED: November 11, 2021

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *(signature)*
Jeffrey M. Lenkov, Esq.
Marcanne Hyjek, Esq.
Attorneys for Defendant, BATH & BODY WORKS, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 11, 2021, I served true copies of the following document(s) described as **ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

| | |
|---|---|
| Peter J. Pfund, Esq.<br>LAW OFFICES OF PETER J. PFUND<br>4675 MacArthur Court, Suite 550<br>Newport Beach, CA 92660-8836<br>Tel: (949) 221-0166<br>Email: peter@peterpfundlaw.com | *Attorneys for Plaintiff,*<br>*BARBARA VAZQUEZ*<br>*KUNKEL* |

**ONLY BY ELECTRONIC TRANSMISSION:** Only by emailing the document(s) to the persons at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 11, 2021, at Los Angeles, California.

_____
Gloria Salata

---

8
**ANSWER TO UNVERIFIED COMPLAINT; DEMAND FOR JURY TRIAL**